E-FILED
Thursday, 04 September, 2008  03:41:27 PM
Clerk, U.S. District Court, ILCD

#### UNITED STATES DISTRICT COURT
#### CENTRAL DISTRICT OF ILLINOIS
#### Urbana Division

| | | |
|---|---|---|
| WAYNE LIVINGSTON, | ) | |
|                  Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Case No. 07-2202 |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
|                  Defendant. | ) | |

# REPORT AND RECOMMENDATION

In November 2006, Administrative Law Judge (hereinafter "ALJ") David Thompson denied Plaintiff Wayne Livingston's application for social security disability insurance benefits and supplemental security income. The ALJ based his decision on a finding that Plaintiff cannot return to his past relevant work but he is capable of performing work that exists in significant numbers in the national economy.

In November 2007, Plaintiff filed a Complaint (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the final decision by the Regional Commissioner of the Social Security Administration denying benefits. In April 2008, Plaintiff filed a Motion for Summary Judgment or Remand (#12) and in June 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15).

After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#12) be granted. Consistent with the Court's reasoning in the Report and Recommendation granting Plaintiff's motion, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **DENIED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after service of a copy of this recommendation.  *See* 28 U.S.C. 626(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 4th day of September, 2008.

                                                                                   s/ DAVID G. BERNTHAL
                                                                                   U.S. MAGISTRATE JUDGE